# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MASON, PAMELA, | : No. 73 EM 2016 |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| WELLS FARGO BANK, N.A., PHELAN HALLINAN DIAMOND & JONES LLP, JONATHAN LOBB & ADAM H. DAVIS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED**.